UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leah Weiss,

      Plaintiff,  : Case No.: 7:13-cv-06224-CS

v.

Central Credit Services, Inc.; and
Does 1-10, inclusive,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/14

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Parties, Plaintiff, Leah Weiss, and Defendant, Central Credit Services, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and hereby jointly stipulate and move this Honorable Court for entry of an Order of Dismissal With Prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 30th of January, 2014.

_____
Aaron R. Easley, Esq.
Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, NJ 08822
Telephone No.: (908) 237-1660
aeasley@sessions-law.biz
Attorney for Defendant
Central Credit Services, Inc.

_____
Leah Weiss
14 Ruzhin Rd., Unit 202
Monroe, NY 10950
Plaintiff, Pro Se

Dated: _____

So Ordered.

_____
Cathy Seibel, U.S.D.J.
Dated: 2/14/14

The Clerk shall close the case.

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, a copy of the foregoing **Joint Stipulation for Dismissal with Prejudice** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. A copy of the foregoing is also being delivered via U.S. Mail to plaintiff at the following address:

Leah Weiss
14 Ruzhin Road, Unit 202
Monroe, New York 10950
Plaintiff, *Pro Se*

/s/ *Aaron R. Easley*
Aaron R. Easley, Esq.
Attorney for Defendant,
*Central Credit Services, Inc.*